IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

COREY L. ROBINSON,
    Plaintiff,

vs.                                       3:08cv111/RV/MD

STATE OF FLORIDA,
    Defendant.
_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 19, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's case is dismissed without prejudice to its refiling accompanied by the payment of the full $350.00 filing fee.

    At Pensacola, Florida, this 21st day of April, 2008.

                                                      /s/ *Roger Vinson*
                                                      ROGER VINSON
                                                      SENIOR UNITED STATES DISTRICT JUDGE